JS - 6

**FILED: 9/4/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLY FINANCIAL INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAKINE AUTOMOTIVE GROUP, et al )<br>)<br>Defendants. )<br>_____ ) | **CASE NO. 13-6517 GHK (MRWx)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:   9/4/14

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE